**Appeal Reinstated, Motion Granted, Appeal Dismissed, and Memorandum Opinion filed April 30, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-01005-CV

---

**LOWELL VERMILLION, Appellant**

**V.**

**EPIC LIFT SYSTEMS, LLC, Appellee**

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2018-63586**

---

### MEMORANDUM OPINION

This is an interlocutory appeal from an order signed November 12, 2018, denying a motion to dismiss under chapter 27 of the Texas Civil Practice and Remedies Code. We abated the appeal on January 29, 2019, for the parties to pursue settlement. On April 17, 2019, appellant filed an unopposed motion to dismiss the appeal pursuant to the terms of the parties' settlement agreement. *See* Tex. R. App. P. 42.1. We reinstate the appeal, grant the motion, and dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.